UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

MARY T. MORGAN and
RONALD D. HARRISON,

       Plaintiffs,

-vs-

FIRST FINANCIAL MORTGAGE
GROUP, INC.,

       Defendant.
_____/

CASE NO. CIV 04 223 E

### NOTICE OF APPEAL

NOTICE IS hereby given that MARY T. MORGAN and RONALD D. HARRISON, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order, dated August 22, 2005, Granting the Defendant's Motion to Dismiss. A copy of the said Memorandum Opinion and Order has been contemporaneously electronically filed, along with this Notice of Appeal.

                              ARNOLD Y. STEINBERG, P.C.
                              Attorney for the Plaintiffs
                              1420 Centre Avenue - # 1504
                              Pittsburgh, PA   15219
                              (412) 434-1190
                              (412) 434-1131 (FAX)
                              Pennsylvania Bar No. 26495

Dated:   September 20, 2005