Appeal filing fee
CA CY-223E

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500530 - AM
September 20, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| APPEAL D | 04-223 E | 1 @ | 255.00 |
| | | | 255.00 CC |

TOTAL → 255.00

FROM: ARNOLD Y. STEINBERG
ARNOLD Y. STEINBERG, P.C.
1420 CENTRE AVE. SUITE 1450
PITTSBURGH, PA 15219